☐ AMENDED

UNITED STATES BANKRUPTCY COURT

WESTERN DISTRICT OF TENNESSEE

In re:  (1) Vickie LaVerne Hall               Case No. 19-20525

(2)

Debtor(s).                                     Chapter 13

## CHAPTER 13 PLAN

ADDRESS:      (1) <u>2946 Lotus Road, Memphis, TN 38109</u>     (2)

**PLAN PAYMENT:**

**DEBTOR (1)** shall pay $200.00  ☐ weekly, ☐ every two weeks, ☑ semi-monthly, or ☐ monthly

☑ **PAYROLL DEDUCTION** from:   Crestline Hotels and Resorts
175 Peabody Place
Memphis, TN 38103

OR ☐ **DIRECT PAY.**

**DEBTOR (2)** shall pay _____  ☐ weekly, ☐ every two weeks, ☐ semi-monthly, or ☐ monthly

☐ **PAYROLL DEDUCTION** from:

OR ☐ **DIRECT PAY.**

1. **THIS PLAN [Rule 3015.1 Notice]:**

   (A) CONTAINS A NON-STANDARD PROVISION. [See plan provision #19]        ☐ Yes  ☑ No

   (B) LIMITS THE AMOUNT OF A SECURED CLAIM BASED ON A VALUATION OF THE COLLATERAL FOR THE CLAIM. [See plan provisions #7 and #8]    ☐ Yes  ☑ No

   (C) AVOIDS A SECURITY INTEREST OR LIEN.  [See plan provision #12].   ☐ Yes  ☑ No

2. **ADMINISTRATIVE EXPENSES:**  Pay filing fee and Debtor(s)' attorney fee pursuant to Confirmation Order.

3. **AUTO INSURANCE:** ☐ Included in Plan; OR ☑ Not included in Plan; Debtor(s) to provide proof of insurance at §341 meeting.

4. **DOMESTIC SUPPORT:**

Paid by: ☐ Debtor(s) directly, ☐ Wage Assignment, OR ☐ Trustee to:

Monthly Payment

-NONE-

5. **PRIORITY CLAIMS:**

-NONE-

6. HOME MORTGAGE CLAIMS:

Paid by: ☐ Paid directly by debtor(s); OR ☐ Paid by Trustee to:

                                                                  **Monthly Payment**

Bank of America    paid outside the plan

Franklin Credit                                           250.00

7. SECURED CLAIMS:

[Retain lien 11 U.S.C. §1325 (a)(5)]     Value of Collateral     Rate of Interest     Monthly Plan Payment:

8. SECURED AUTOMOBILE CLAIMS FOR DEBT INCURRED WITHIN 910 DAYS OF FILING, AND OTHER SECURED CLAIMS FOR DEBT INCURRED WITHIN ONE YEAR OF FILING:

[Retain lien 11 U.S.C. §1325 (a)]     Value of Collateral     Rate of Interest     Monthly Plan Payment:

-NONE-

9. SECURED CLAIMS FOR WHICH COLLATERAL WILL BE SURRENDERED; STAY IS TERMINATED UPON CONFIRMATION FOR FOR THE LIMITED PURPOSE OF GAINING POSSESSION AND COMMERCIALLY REASONABLE DISPOSAL OF COLLATERAL:

Capital One        2012 GMC Acadia   paid outside the plan by codebtor

10. SPECIAL CLASS UNSECURED CLAIMS:

        Amount        Rate of Interest        Monthly Plan Payment:

-NONE-

11. STUDENT LOAN CLAIMS AND OTHER LONG TERM CLAIMS:

-NONE-

12. THE JUDICIAL LIENS OR NON-POSSESSORY, NON-PURCHASE MONEY SECURITY INTEREST(S) HELD BY THE FOLLOWING CREDITORS ARE AVOIDED TO THE EXTENT ALLOWABLE PURSUANT TO 11 U.S.C.§522(f):

13. ABSENT A SPECIFIC COURT ORDER OTHERWISE, ALL TIMELY FILED CLAIMS, OTHER THAN THOSE SPECIFICALLY PROVIDED FOR ABOVE, SHALL BE PAID AS GENERAL UNSECURED CLAIMS.

14. ESTIMATED TOTAL GENERAL UNSECURED CLAIMS:  $1,622.75.

15. THE PERCENTAGE TO BE PAID WITH RESPECT TO NON-PRIORITY, GENERAL UNSECURED CLAIMS

IS:

☐ OR,

☒ THE TRUSTEE SHALL DETERMINE THE PERCENTAGE TO BE PAID AFTER THE PASSING OF THE FINAL BAR DATE.

16. **THIS PLAN ASSUMES OR REJECTS EXECUTORY CONTRACTS:**

-NONE-

17. **COMPLETION:** Plan shall be completed upon payment of the above, approximately <u>60</u> months.

18. **FAILURE TO TIMELY FILE A WRITTEN OBJECTION TO CONFIRMATION SHALL BE DEEMED ACCEPTANCE OF PLAN.**

19. **NON-STANDARD PROVISIONS(S):**
_____.
**ANY NON-STANDARD PROVISIONS STATED ELSEWHERE IS VOID.**

20. **CERTIFICATION: THIS PLAN CONTAINS NO NON-STANDARD PROVISIONS EXCEPT THOSE STATED IN PROVISION 19.**

<u>/s/ John Dunlap</u>
Attorney

DATE: <u>01/18/2019</u>

Debtor(s)' Attorney Signature or Pro Se Debtor(s)' Signature